HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERRY AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00201-JLT |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| GERRY AVILA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Gerry Avila, that the sentencing hearing scheduled for April 22, 2024, may be continued to May 6, 2024, at 10:00 a.m.

On March 4, 2024, Mr. Avila made an initial appearance for an allegation of a violation of his supervised release.  On March 18, he entered an admission to the charges.  Sentencing was set for April 22, 2024.

The parties now seek a brief continuance to locate a suitable treatment program prior to sentencing. A continuance of the sentencing hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources.

The parties have consulted with Mr. Avila's probation officer, who has indicated that she is available on May 6.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 16, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
GERRY AVILA


PHILLIP A. TALBERT
United States Attorney

Date: April 16, 2024

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently set for April 22, 2024, is hereby continued to May 6, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE