HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERRY AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00201-JLT |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Jennifer L. Thurston |
| GERRY AVILA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Gerry Avila (Central Valley Annex FID #11177399) shall be released from the Central Valley Annex on May 9, 2024, into the custody of Kevin Mitchel.

IT IS SO ORDERED.

Dated:   **May 6, 2024**

_____
UNITED STATES DISTRICT JUDGE